ILND 450 (Rev. 04/29/2016) : Judgment in a Civil Action

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Plaintiff(s),

v.

Case No.
Judge

Defendant(s).

**<u>JUDGMENT IN A CIVIL CASE</u>**

Judgment is hereby entered (check appropriate box):

        in favor of plaintiff(s)
        and against defendant(s)
        in the amount of $

          which ☐ includes     pre–judgment interest.
             does not include pre–judgment interest.

    Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

    Plaintiff(s) shall recover costs from defendant(s).

---

        in favor of defendant(s)
        and against plaintiff(s)

    Defendant(s) shall recover costs from plaintiff(s).

---

        other:

---

This action was *(check one)*:

  tried by a jury with Judge               presiding, and the jury has rendered a verdict.
  tried by Judge              without a jury and the above decision was reached.
  decided by Judge             on a motion

Date:                        Thomas G. Bruton, Clerk of Court

                                 , Deputy Clerk